```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
BETTY-JEAN FORRY,                            DOCKET NO.:

                    Plaintiff,               NOTICE OF REMOVAL

        -against-                            Supreme Court,
                                             Nassau County
TARGET CORPORATION,                          Index No.:
                                             602612/2020
                    Defendant.
---------------------------------------X
```

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:**

Defendant, TARGET CORPORATION ("Target"), by its attorneys, SIMMONS JANNACE DELUCA, LLP, upon information and belief, respectfully petitions the Court, pursuant to 28 U.S.C. § 1441, as follows:

1. On or about February 20, 2020, the above-captioned civil action was commenced and is now pending in the Supreme Court of the State of New York, County of Nassau, bearing index number 602612/2020. A trial has not yet been had therein. A copy of the Summons and Verified Complaint is annexed hereto as **Exhibit "A."** Target interposed its answer on or about March 24, 2020. A copy of Target's answer is annexed hereto as **Exhibit "B."**

2. The action seeks monetary damages for personal injuries allegedly suffered by plaintiff, Betty-Jean Forry on March 4, 2019 inside a Target store, located at 1149 Sunrise

Highway, Copiague, New York. The plaintiff's Verified Complaint sounds in negligence.

3. This action involves a controversy between citizens of different states, in that: (a) plaintiff is a citizen of the State of New York; and (b) defendant, Target Corporation is now, and was at the time the action was commenced, incorporated pursuant to the laws of the State of Minnesota with their principal places of business in Minnesota.

4. Accordingly, there is complete diversity between defendant and plaintiff and this action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332.

5. In addition, the amount in controversy exceeds $75,000, evidenced by plaintiff's Response to Combined Demands wherein plaintiff claims damages in the total sum of $10,000,000. A copy of plaintiff's Response to Combined Demands (without exhibits) received by Your Affirmant on October 7, 2020, is annexed hereto as **Exhibit "C."**

6. This notice of removal is being filed within 30 days of receipt of plaintiff's Response to Combined Demands, confirming the amount in controversy exceeds $75,000.

7. Written notice of the filing of this Notice of Removal will be given to plaintiff promptly after the filing of this Notice. A true and correct copy of this Notice of Removal will

be filed with the Clerk of the Court of the Supreme Court of the State of New York, County of Nassau promptly after the filing of this Notice.

8. Attached to this Notice, and by reference made a part hereof, are true and correct copies of all process and pleadings filed herein.

9. By filing this notice of removal, Target does not waive any defense which may be available to it, specifically including, but not limited to, its right to contest <u>in personam</u> jurisdiction, improper service of process and the absence of venue in this Court or the Court from which this action has been removed.

**WHEREFORE**, defendant prays that the above-captioned action now pending in the Supreme Court in the State of New York, County of Nassau, be removed therefrom to this Court.

Dated:   Hauppauge, New York
         October 19, 2020

                                    SIMMONS JANNACE DELUCA, LLP

                                    BY: _____
                                         Ian E. Hannon
                                    Attorneys for Defendant
                                    TARGET CORPORATION
                                    **Office & P.O. Address:**
                                    43 Corporate Drive
                                    Hauppauge, New York 11788-2048
                                    (631) 873-4888

3

TO: DECOLATOR, COHEN & DIPRISCO, LLP
Attorneys for Plaintiff
**Office & P.O. Address:**
1399 Franklin Avenue, Suite 300
Garden City, NY 11530
(516) 742-6575